1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  SHARON LAHEY (CBSN 263027)
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
6  San Francisco, California 94105
   Telephone: (415) 977-8963
7  Facsimile (415) 744-0134
   E-Mail: sharon.lahey@ssa.com
8
9  Attorneys for DEFENDANT

10                    UNITED STATES DISTRICT COURT

11                   EASTERN DISTRICT OF CALIFORNIA

12                              SACRAMENTO

13 | MARK RICHARD WELLS,              ) Case No. 2:15-CV-02575-KJN
14 |     Plaintiff,                   )
                                      ) **STIPULATION FOR EXTENSION OF**
15 |     v.                           ) **TIME FOR DEFENDANT TO**
                                      ) **RESPOND TO PLAINTIFF'S MOTION**
16 | CAROLYN W. COLVIN,               ) **FOR SUMMARY JUDGMENT**
17 | Acting Commissioner of Social Security, )
   |     Defendant.                   )
18

19      IT IS HEREBY STIPULATED, by and between Mark Richard Wells (Plaintiff) and Carolyn W.
20 Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of
21 record, that Defendant shall have a 30-day extension of time to respond to Plaintiff's Motion For
22 Summary Judgment.  The current deadline is August 29, 2016 and the new deadline will be October 28,
23 2016.  This is the first request for an extension of time in the above-captioned matter.  Defense counsel
24 requests this additional time to adequately assess and respond to the issues Plaintiff raises in his motion
25 for summary judgment due to workload, which includes 20 dispositive briefs due prior to the requested
26 deadline.

27
28

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                     Respectfully submitted,

Dated: August 24, 2016        LAW OFFICES OF LAWRENCE D. ROHLFING

                     By:  /s/ *Brian Shapiro
                     BRIAN SHAPIRO
                     Attorneys for the Plaintiff
                     (*Authorized by email on August 24, 2016)

Dated: August 24, 2016        PHILLIP A. TALBERT
                     Acting United States Attorney

                     By: /s/  Sharon Lahey
                     SHARON LAHEY
                     Special Assistant United States Attorney
                     Attorney for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered.  Defendant shall file her response to Plaintiff's motion for summary judgment on or before October 28, 2016.  Any reply thereto shall be filed on or before November 11, 2016.

Dated:  August 26, 2016

                     KENDALL J. NEWMAN
                     UNITED STATES MAGISTRATE JUDGE